**No. 49885.**—Protests 990351–G, etc., of New York Merchandise Co., Inc. (Los Angeles).

(175)

Opinion by TILSON, J. The record showed that certain of the items are similar in all material respects to those involved in Abstract 49006. In accordance therewith the claim at 40 percent under paragraph 923 was sustained to this extent.